IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY ALLAN PATTERSON, #136556, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALA. BD. OF PARDONS & PAROLES, )<br> et al., )<br>)<br>Defendants. ) | CIVIL NO. 2:18-CV-595-RAH-KFP |
| LARRY ALLAN PATTERSON, #136556, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALA. BD. OF PARDONS & PAROLES, )<br> et al., )<br>)<br>Defendants. ) | CIVIL NO. 2:18-CV-622-RAH-KFP |

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation filed June 28, 2021 (Doc. 32) to which no objections have been filed. Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. Defendants' motion for summary judgment is GRANTED;

3. This case is DISMISSED with prejudice;

4. No costs are taxed.

A separate Final Judgment will be entered in accordance with this order.

DONE, on this the 28th day of July, 2021.

                                         /s/ R. Austin Huffaker, Jr.
                                         R. AUSTIN HUFFAKER, JR.
                                         UNITED STATES DISTRICT JUDGE